UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL MARY LADD,            )| No. 13-cv-05509-FFM |
| )| |
| Plaintiff,            )| **JUDGMENT OF REMAND** |
| )| **PURSUANT TO SENTENCE FOUR** |
| v.            )| **OF 42 U.S.C. § 405(g)** |
| )| |
| CAROLYN W. COLVIN,            )| |
| Acting Commissioner of Social  )| |
| Security,            )| |
| )| |
| Defendant.            )| |

The Court having approved the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the stipulation to remand.

DATE:  March 25, 2014

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

-1-