IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, APRIL MARY LADD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| APRIL MARY LADD., <br><br> Plaintiff, <br> vs. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY , <br><br> Defendant. | ) Case No.: CV 13-5509 FFM <br> ) <br> ) [PROPOSED]  ORDER <br> ) AWARDING EAJA FEES <br> ) <br> ) <br> ) <br> ) <br> ) HON. FREDERICK F. MUMM <br> ) UNITED STATES MAGISTRATE <br> ) JUDGE <br> ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of  TWO THOUSAND SIX HUNDRED FORTY SIX DOLLARS ($2,646.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: April 8, 2014

/S/ FREDERICK F. MUMM
HON. FREDERICK F. MUMM
UNITED STATES MAGISTRATE
JUDGE